UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:11-CR-90-1-F1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| MICHAEL SHAWN BROWN, | ) | |
| Defendant. | ) | |

On November 15, 2011, defendant Michael Shawn Brown ["Brown"] responded through counsel to the Government's Motion to Strike Notice of Alibi," [DE-33]. Brown specified that his Notice of Alibi applies only to Counts 23 and 24 of the Indictment. *See* [DE-38]. He further stated that he has complied with the rules of court by supplying more detailed information to the Government and will continue to do so. *See id.*

The Government is DIRECTED to file a Reply to Brown's Response, and indicate whether it has received the information to which it contends it is entitled or whether it seeks a hearing and adjudication on its Motion to Strike Notice of Alibi. The Government's Reply shall be filed on or before **January 6, 2012**, at which time the Clerk of Court is DIRECTED to re-submit the motion for ruling.

SO ORDERED.

This, the 7th day of December, 2011.

JAMES C. FOX
Senior United States District Judge