UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:11-CR-90-1-F1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| MICHAEL SHAWN BROWN, | ) | |
| Defendant. | ) | |

As noted in the Government's Reply [DE-53] to Brown's Response [DE-38], the Government's Motion to Strike Notice of Alibi [DE-33] is DENIED as MOOT.

SO ORDERED.

This, the 11th day of January, 2012.

*/s/ James C. Fox*
JAMES C. FOX
Senior United States District Judge