UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CASE NO.: 7:11-CR-90-F-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | ORDER TO SEAL |
| ) | |
| MICHAEL SHAWN BROWN, ) | |
| Defendant. ) | |

This matter coming on to be heard and being heard by the undersigned United States District Court Judge on Defendant's Motion to Seal Docket Entry No. 67. The Motion to Seal is GRANTED and Docket Entry No. 67 is ordered to be kept under SEAL, pending further Order of this Court.

This 29th day of June, 2012.

_____
James C. Fox
UNITED STATES DISTRICT COURT JUDGE,
E.D.N.C.