IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:11-CR-90-1F(4)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MICHAEL SHAWN BROWN | ) | |

This matter is before the court upon motion of the United States to seal the document identified in Docket Entry 86. Having reviewed the proposed sealed response and the Government's Motion to Seal, it is hereby ordered that the Government's Motion identified in Docket Entry 86 shall be sealed until further order of Court, except that counsel for the Government and counsel for the defendant shall receive a copy of the Motion.

So ordered, this 28th day of November, 2012.

JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE