UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:11-CR-90-1-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MICHAEL SHAWN BROWN, | ) | |
| Defendant. | ) | |

The defendant's Motion to Continue [DE-84] is DENIED.

SO ORDERED.

This, the 29th day of November, 2012.

_____
JAMES C. FOX
Senior United States District Judge