IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO.: 7:11-CR-90-001F

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | WITHDRAWAL OF WRITS OF GARNISHMENT |
| MICHAEL SHAWN BROWN, ) | |
| Defendant, ) | |
| and ) | |
| PRUDENTIAL RETIREMENT, ) | |
| Garnishee. ) | |

On August 23, 2013, (DE #107) a Writ of Garnishment to Prudential Retirement was issued in this case, based on an Application for Writ of Continuing Garnishment filed by the United States of America. The United States of America has now withdrawn its Application for Writ of Garnishment (DE #106) and requests that the Writ of Garnishment issued on August 23, 2013 to Prudential Retirement be withdrawn. The Writ of Garnishment issued on August 23, 2013 filed in this matter is hereby withdrawn and is of no further legal consequence.

This 17th day of December, 2013.

JULIE A. RICHARDS
Clerk of Court

*Julie a. Richards*