IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:11-CR-90-1F

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **REASSIGNMENT ORDER** |
| ) | |
| MICHAEL SHAWN BROWN ) | |

At the direction of the Court, and for the continued efficient administration of justice, this case is reassigned to the Honorable Terrence W. Boyle, United States District Judge, for all further proceedings.  **All future documents shall reflect the revised case number of 7:11-CR-90-1BO.**

SO ORDERED.  This the 16th day of December, 2021.

/s/ Peter A. Moore, Jr.
Clerk of Court